IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLAN HURT**                                                                 **PLAINTIFF**

v.                                       No. 3:23-cv-138-DPM

**GREENE COUNTY TECH SCHOOL
DISTRICT**                                                                      **DEFENDANT**

## JUDGMENT

Hurt's FMLA claim is dismissed with prejudice. Any embedded defamation claim is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2024